UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
JUDGE BENJAMIN J. BEATON
CASE NUMBER 5:19-cv-109-BJB

VULENZO L. BLOUNT, JR.                                    APPELLANT/PLAINTIFF

v.

STANLEY ENGINEERING FASTENING                            APPELLEE/DEFENDANT
A STANLEY BLACK & DECKER COMPANY

## NOTICE OF APPEAL

Notice is hereby given that Vulenzo L. Blount, Jr., the herein Plaintiff in this proceeding hereby appeals to the Sixth Circuit Court of Appeals from U.S. District Judge Benjamin J. Beaton, Western District of Kentucky, Paducah Division, the Opinion and Order and Final Judgment dated March 29, 2022, the Final Judgment entered by the Western District of Kentucky, Paducah Division entered on March 29, 2022 .

The name of the appellee against which this appeal is taken is Stanley Engineering Fastening, a Stanley Black & Decker Company; The Appellee/Defendant is represented by Attorneys, Allison C. Cooke and Richard G. Griffith, whose address is 300 W. Vine St., Ste. 2100, Lexington, Ky. 40507- 1801.  The name of the appellant who files this appeal is Vulenzo L. Blount, Jr. who is represented by Attorney Nancy Oliver Roberts, whose address is 1023 Kentucky St., Bowling Green, Ky. 42101.

This the 26th day of April, 2022.

/s/ Nancy Oliver Roberts
NANCY OLIVER ROBERTS
1023 Kentucky Street
Bowling Green, Ky. 42101
(270) 842-5900

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal document was served by e-mail in electronically-filing with the U.S. District Judge Benjamin Beaton, Paducah Division, Federal Building, 501 Broadway, Paducah, Ky. 42991-6901; U.S. District Court Clerk, Paducah Division, Paducah, Ky. 42991; Hon. Allison Cooke, allison.cooke@skofirm.com and Hon. Richard Griffith,Richard.Griffith@skofirm.com, and 300 W. Vine St., Ste. 2100, Lexington, Ky. 40507-1801; and V. Blount.

This the ⟨26th⟩ day of April, 2022.

/s/ Nancy Oliver Roberts
NANCY OLIVER ROBERTS